1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   TINA BILLS
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,      )  Mag. 03-145-GGH
12                                )
              Plaintiff,          )  STIPULATION AND ORDER
13                                )
       v.                         )  Date:  October 4, 2006
14                                )  Time:  9:00 a.m.
   TINA BILLS,                    )  Judge: Gregory G. Hollows
15                                )
              Defendant.          )
16                                )
   _____  )
17

18      The United States of America, through MATTHEW C. STEGMAN,

19 Assistant United States Attorney, together with defendant, TINA BILLS,

20 by and through his counsel TARA I. Allen of the Federal Defenders

21 Office, stipulate that the court trial set for August 9, 2006 be

22 continued to October 4, 2006 at 9:00 a.m.

23      Counsel recently received additional discovery on August 1, 2006

24 from the government and needs time to review this discovery with the

25 defendant.

26      The parties agree that the Court should exclude time under the

27 Speedy Trial Act from the date of this order through the date of the

28 court trial set for October 4, 2006 at 9:00 a.m. pursuant to

18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

Dated: August 4, 2006

    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Tara I. Allen
_____
TARA I. ALLEN
Staff Attorney
Attorney for Defendant
TINA BILLS

Dated: August 7, 2006    MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

### O R D E R

    Class "B" misdemeanors are not subject to the Speedy Trial Act.

    IT IS SO ORDERED that the court trial is now set for October 4, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 8/9/06    /s/ Gregory G. Hollows
_____
Gregory G. Hollows
United States Magistrate Court

bills.ord