BENJAMIN B. WAGNER
United States Attorney
DAVID STEVENS
Special Assistant U.S. Attorney
MICHAEL A. WHEABLE
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 03-145 GGH |
| Plaintiff, | Order |
| v. | |
| TINA MARIE BILLS, | |
| Defendant. | JUDGE: Hon. Gregory G. Hollows |

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss Mag. No. 03-145 GGH is GRANTED.

IT IS SO ORDERED.

Dated: March 21, 2011

/s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows
United States Magistrate Judge